```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| Salvatore Sylvester, et al., | : | CIVIL ACTION |
| | : | NO. 20-1322 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| Depositors Insurance Company et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this **7th** day of **April, 2020,** after considering the Parties' Joint Stipulation to Extend Time to Respond to Defendants' Motion to Dismiss (ECF No. 12), it is hereby **ORDERED** that the Parties' Joint Stipulation to Extend Time to Respond to Defendants' Motion to Dismiss (ECF No. 12) is **APPROVED,** and Plaintiffs shall respond to the Motion to Dismiss by **April 30, 2020.**

      **AND IT IS SO ORDERED.**

                          */s/ Eduardo C. Robreno*
                          **EDUARDO C. ROBRENO, J.**