UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALVATORE SYLVESTER, ALICIA EDWARDS-GUTZMAN, and EUNICE HILL, on behalf of themselves, and all others similarly situated, | Civil Action No. 20-cv-1322-ER |
| | Class Action |
| Plaintiffs, | |
| vs. | |
| DEPOSITORS INSURANCE COMPANY, NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY, and NATIONWIDE MUTUAL INSURANCE COMPANY | |
| Defendants. | |

## STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

AND NOW, on this 28th day of April, 2020, the undersigned counsel, Jonathan Shub, Esquire on behalf of Plaintiffs, Salvatore Sylvester, Alicia Edwards-Gutzman, and Eunice Hill (collectively referred to as "Plainitffs"), on behalf of themselves, and all others similarly situated, and Pamela A. Carlos, Esquire on behalf of Defendants, Depositors Insurance Company, Nationwide Property & Casualty Insurance Company, and Nationwide Mutual Insurance Company (collectively referred to as "Defendants"), hereby STIPULATE and AGREE that the time for Plaintiffs to respond to Defendants' Motion to Dismiss is extended an additional 14 days until May 14, 2020, and Defendants' Reply, subject to Defendants' request for leave to file the same, is extended 21 days until June 4, 2020.

One prior extension at the request of Plaintiffs has been granted.

***NO FURTHER EXTENSIONS WILL BE GRANTED***   ECR

2

Dated: April 28, 2020

Respectfully submitted by,

By: */s/ Jonathan Shub*            By: */s/ Pamela A. Carlos*
JONATHAN SHUB, ESQUIRE     PAMELA CARLOS, ESQUIRE
Attorney for Plaintiffs               Attorney for Defendants

                                         BY THE COURT

                                         /s/ Eduardo C. Robreno
                                         EDUARDO C. ROBRENO,    J.