IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Salvatore Sylvester, et al., | : | CIVIL ACTION |
| | : | NO. 20-1322 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| Depositors Insurance Company et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this **21st** day of **August, 2020,** after considering Defendants' motion to dismiss (ECF No. 10), Plaintiffs' response (ECF No. 16), and Defendants' reply (ECF No. 19), after a hearing on the record, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

1. Defendants' motion to file a reply (ECF No. 19) is **GRANTED**;

2. Defendants' motion to dismiss (ECF No. 10) is **GRANTED**;

3. The Complaint (ECF No. 1) is **DISMISSED with prejudice**; and

4. The Clerk shall mark this case as **CLOSED**.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**