IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Salvatore Sylvester, et al., | : | CIVIL ACTION |
| | : | NO. 20-1322 |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| Depositors Insurance Company, et al., | : | |
| | : | |
| Defendants | : | |

### ORDER

**AND NOW**, this **19th** day of **August, 2021**, after considering Plaintiffs' Motion to Alter Judgment (ECF No. 40), Defendants' Response (ECF No. 42), and the parties' supplemental briefs, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiffs' Motion (ECF No. 40) is **GRANTED** as to Plaintiff Sylvester and **DENIED** as to Plaintiffs Hill and Edwards-Gutzman. Accordingly, the Clerk of Court shall reopen the case as to Plaintiff Sylvester and Defendant Depositors Insurance Co. only, and shall mark the remaining parties as terminated on ECF.

It is **FURTHER ORDERED** that Plaintiff Sylvester shall file an Amended Complaint by **September 2, 2021.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**